UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUDREY DEMETRES
Plaintiff

   v.                                    3:21CV802 (JAM)

ZILLOW, INC.
Defendant

## J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion. On July 30, 2024, the Court entered an Order granting the defendant's Motion for Summary Judgment, dismissing plaintiff's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, Zillow, Inc., and against the plaintiff, Audrey Demetres, all in accordance with the Court's Order, and this case is closed.

Dated at New Haven, Connecticut, this 31st day of July 2024.

Dinah Milton Kinney, Clerk

By /s/ Diahann Lewis

Deputy Clerk

Entered on Docket 7/31/2024